Jeffrey A. Dickstein
Law Offices of Robert G. Bernhoft
207 E. Buffalo Street, Suite 600
Milwaukee, WI 53202
(414) 276-3333

Attorney for Joseph Banister

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-04-435 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH BANISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S SUBSTITUTION OF ATTORNEY AND ORDER**

Defendant Joseph Banister, hereby substitutes Jeffrey A. Dickstein as his lead trial counsel and attorney of record in this case, and relieves Donald E.J. Kilmer, Jr. as an attorney of record.

Date:  May 6, 2005


      /s/ Joseph R. Banister
Joseph R. Banister, Defendant

1

Date:  May 6, 2005



       /s/ Jeffrey A. Dickstein
Jeffrey A. Dickstein, Esq.
The Law Office of Robert G. Bernhoft, S.C.
207 E. Buffalo Street, Suite 600
Milwaukee, Wisconsin 53202


Date:  May 6, 2005



       /s/ Donald E.J. Kilmer
Donald E.J. Kilmer, Esq.
1261 Lincoln Avenue, Suite 111
San Jose, California 95125


SO ORDERED this 9th day of  May, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE