# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH R. BANISTER, et al., )<br>)<br>Defendants. )<br>) | CR. No. S-04-435 WBS |

**ORDER RE: PRO HAC VICE APPLICATION OF ROBERT G. BERNHOFT**

Upon the application of Robert G. Bernhoft to appear *pro hac vice* on behalf of Joseph R. Banister:

IT IS ORDERED that Attorney Robert G. Bernhoft's application to appear *pro hac vice* as attorney of record for Joseph R. Banister is granted.

Dated: June 14, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1